IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

CASE NO. 3:13-cv-50260

BARBARA BROWN,

    Plaintiff,

v.

ACCOUNTS RECEIVABLE MANAGEMENT, INC.,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court of the Northern District of Illinois, Plaintiff's Notice of Settlement with all claims pending having been resolved to the parties' satisfaction.

Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiff requests the Court to retain jurisdiction over this matter until fully resolved.

Should Plaintiff not move to reinstate the case or seek other Court intervention in the next sixty (60) days, Plaintiff requests the Court dismiss this case with prejudice at that time.

                                        Respectfully submitted,
                                        **BARBARA BROWN**

                                        By: s/ Alex Weisberg
                                        ALEX D. WEISBERG
                                        IBN: 6271510
                                        WEISBERG & MEYERS, LLC
                                        ATTORNEYS FOR PLAINTIFF
                                        5722 S. Flamingo Road, Ste. 656
                                        Cooper City, FL 33330
                                        (954) 212-2184
                                        (866) 577-0963 fax
                                        aweisberg@attorneysforconsumers.com

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY THAT this Notice was filed on this 17th day of October, 2013, by means of the CM/ECF system which will send notice of electronic filing to the following: Mr. David W. Lipschutz, lipschutz.law@gmail.com.

    By: s/ Alex Weisberg
ALEX D. WEISBERG
IBN: 6271510
WEISBERG & MEYERS, LLC
ATTORNEYS FOR PLAINTIFFS
5722 S. Flamingo Road, Ste. 656
Cooper City, FL 33330
(954) 212-2184
(866) 577-0963 fax
aweisberg@attorneysforconsumers.com