IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

CASE NO. 3:13-cv-50260

BARBARA BROWN,

    Plaintiff,

v.

ACCOUNTS RECEIVABLE MANAGEMENT, INC.,

    Defendant.
_____/

## **VOLUNTARY NOTICE OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1), plaintiff Barbara Brown dismisses with prejudice and without costs or fees to any party all claims asserted against defendant Accounts Receivable Management, Inc., in the above-captioned matter.

Dated: October 29, 2013.

    Respectfully submitted,

    By: /s/ Alex Weisberg
    ALEX D. WEISBERG
    IL Bar No. 6271510
    WEISBERG & MEYERS, LLC
    ATTORNEYS FOR PLAINTIFF
    5722 S. Flamingo Rd, Ste. 656
    Cooper City, FL 33330
    (954) 212-2184
    (866) 577-0963 fax
    aweisberg@attorneysforconsumers.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT this Notice was filed on this 29th day of October, 2013, by means of the CM/ECF system which will send notice of electronic filing to the following: Kimberly F. Scian, kscian@apothaker.com.

By: s/ Alex Weisberg
ALEX D. WEISBERG
IBN: 6271510
WEISBERG & MEYERS, LLC
ATTORNEYS FOR PLAINTIFF
5722 S. Flamingo Road, Ste. 656
Cooper City, FL 33330
(954) 212-2184
(866) 577-0963 fax
aweisberg@attorneysforconsumers.com